UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>BAROCO CONTRACTING CORPORATION,<br><br>　　　　　　　　　　Respondent. | 24-CV-1898 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Petitioner filed this petition to confirm arbitration on March 13, 2024. ECF No. 1. Petitioner served the named respondent, and the respondent's answer was due by April 5, 2024. *See* ECF No. 7. That date has now passed, and the named respondent has not appeared on the docket.

Accordingly, by **April 15, 2024**, Petitioner is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the named respondent, and (3) whether Petitioner intends to move for default judgment or to voluntarily dismiss this case.

　　　　SO ORDERED.

Dated: April 8, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge