UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>           Petitioners,<br><br>-against-<br><br>BAROCO CONTRACTING CORPORATION,<br><br>           Respondent. | 24 CV 1898 (DEH)<br><br>**ORDER AND JUDGMENT** |

Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the November 25, 2023 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Order Respondent to submit to an audit of its books and records for the period December 30, 2020 through the present date;
3. Awarding Petitioners $4,047,686.87;
4. Awarding Petitioners $81 in costs arising out of this proceeding;
5. Awarding Petitioners $1,620 in attorneys' fees arising out of this proceeding; and
6. Awarding Petitioners post-judgment interest at the statutory rate.

*See* Order, ECF No. 14; Ex. K, ECF No. 1-11 (Arbitration Award,).

Dated: October 18, 2024
   New York, New York

_____
Dale E. Ho
United States District Judge